THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Rossisa Participacoes, S.A., et al., | : | Case No 3:18-cv-00297 |
| | : | |
| Petitioners, | : | Judge Rose |
| | : | |
| v. | : | ORDER REGARDING THE NUMBER OF |
| | : | MERITS BRIEFS TO BE FILED IN THIS |
| The Reynolds and Reynolds Company, | : | MATTER |
| | : | |
| Respondent. | : | |

Having received the Petitioners' motion requesting an order addressing the number of merits briefs in this matter, the Court finds the motion to be well taken. It is hereby ordered that the briefing in this matter, involving a petition for confirmation of an international arbitral award, shall follow the rules for motion practice and shall involve: (a) the Petition to Confirm Arbitration Award and to Enter Judgment (Petitioners' initial brief already on file); (b) Opposition to Petition for Confirmation of Arbitration Award (Respondent's brief already on file); and (c) Petitioners' Reply. *See* 9 U.S.C. § 6 and S.D. Ohio Local Rule 7.2. Petitioners' Reply is due on December 3, 2018 pursuant to this Court's Order of Nov 5, 2018 (Doc. No. 12). The reference by Respondent to a "motion to dismiss" in the caption of its opposition memorandum does not change the procedure or the number of permissible briefs in these circumstances. No additional memoranda or briefs beyond those enumerated here are permitted in this matter except upon leave of court for good cause shown.

November 19, 2018        *s/Thomas M. Rose

_____
UNITED STATES DISTRICT JUDGE